IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00710-RBJ

| | |
|---|---|
| JAMES REED, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § |
| | § |
| HOME DEPOT U.S.A., INC. | § |
| | § |
| Defendant. | § |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff James Reed and Defendant Home Depot U.S.A., Inc., and file this Joint Stipulation of Dismissal pursuant to which Plaintiff James Reed stipulates that all claims that he has asserted against Defendant Home Depot U.S.A., Inc. shall be dismissed. All such claims made the basis of this stipulation are dismissed in their entirety and with prejudice.

WHEREFORE, PREMISES CONSIDERED, James Reed and Home Depot U.S.A., Inc. respectfully request the Court to enter an order that all of Plaintiff's claims against Home Depot U.S.A., Inc. be dismissed with prejudice.

_____
**JOINT STIPULATION OF DISMISSALOF ALL CLAIMS** Page 1 of 3

Respectfully submitted,

By: */s/ John Astuno, Jr.*
John Astuno, Jr., No. 7545

Attorney at Law
1290 Broadway, Suite 600
Denver, CO 80203
Telephone: (303) 861-7636
Facsimile: (303) 861-4190

By: */s/ Robert A. Wagner*
Robert A. Wagner, #6256

Keating, Wagner, Polidori, Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
Telephone: (303) 534-0401
Facsimile: (303) 534-8333

ATTORNEYS FOR PLAINTIFF
JAMES REED

By: */s/ Arthur K. Smith*
Arthur K. Smith, No. 41703

LAW OFFICES OF ARTHUR K. SMITH,
A Professional Corporation
507 Prestige Circle
Allen, Texas 75002-3438
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
asmith@aksmithlaw.com

ATTORNEYS FOR DEFENDANT
HOME DEPOT U.S.A., INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2013, a true and correct copy of the foregoing pleading has been filed with the Court using the Court's Electronic Case Filing System, and served on all counsel of record.

                                            */s/ Arthur K. Smith*
                                            Arthur K. Smith

158913.534\Joint Stip of Dismissal