IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00710-RBJ

JAMES REED,

    Plaintiff,

v.

HOME DEPOT USA, INC., d/b/a The Home Depot, a Delaware corporation;

    Defendant.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this date came to be considered Plaintiff James Reed and Defendant Home Depot U.S.A., Inc.'s Joint Stipulation of Dismissal in the above-numbered and captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff James Reed against Home Depot U.S.A., Inc. are hereby dismissed in their entirety with prejudice to the re-filing same.

It is further ORDERED, ADJUDGED AND DECREED that all other costs herein incurred shall be taxed against the party incurring same.

DATED this 22nd day of July, 2013.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge